# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ANTHONY EDWARD MORGAN                                                                    PLAINTIFF
REG. #53541-066

V.                                          NO: 2:07CV00021 SWW

LINDA SANDERS *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #16) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

3. All pending motions are DENIED AS MOOT.

DATED this 13th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE