**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ANTHONY EDWARD MORGAN                                                                 PLAINTIFF
REG. #53541-066

V.                                          NO: 2:07CV00021 SWW

LINDA SANDERS *et al.*                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 13th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE